**Motion Granted; Vacated and Dismissed and Memorandum Opinion filed December 21, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00637-CV

---

## DYNA TORQUE TECHNOLOGIES, INC., D/B/A DYNA TORQUE TECHNOLOGIES AND ANDREW THOMAS SCHERFENBERG, Appellants

### V.

### FORWARD FINANCING. LLC, Appellee

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1163002**

---

## MEMORANDUM OPINION

The Court today considered the parties' agreed motion to vacate the trial court's judgment and dismiss the case with prejudice. The motion is granted as follows.

Without regard to the merits, the trial court's judgment is vacated and the case is dismissed. Tex. R. App. P. 43.2(e); *see Jester Venture, Ltd. v. Nash*, No.

01-06-00512-CV, 2006 WL 2042358, *1 (Tex. App.—Houston [1st Dist.] July 17, 2006, no pet.) (mem. op.); *Internet America, Inc. v. Carradine*, 106 S.W.3d 906, 907 (Tex. App.—Dallas 2003, no pet.) (vacating the trial court's judgment and dismissing the case based upon the joint agreed motion for disposition pursuant to settlement agreement and Texas Rule of Appellate Procedure 43.2(e)); *Young Materials Corp. v. Smith*, 4 S.W.3d 84 (Tex. App.—Waco 1999, no pet.) (vacating the trial court's judgment and dismissing the case based upon the parties' agreed motion to dismiss the entire cause and Texas Rule of Appellate Procedure 43.2(e)).

Appellants shall pay all costs incurred by reason of this appeal. Tex. R. App. P. 42.1(d).

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.